618

437 A.2d 1035

Commonwealth v. Tucci, Appellant.

Submitted September 11, 1980. Lawrence B. Fox, for appellant; Anthony S. Blasco, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

437 A.2d 1035

Commonwealth v. Watson, Appellant.

Argued June 2, 1981. Harry L. Clark, for appellant; Ann Lebowitz, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, MONTEMURO and SHERTZ, JJ.

The judgment of sentence of the court below is hereby affirmed.

SHERTZ, J., concurred in the result.